| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br>NORGAARD, O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, NJ  07631<br>(201) 871-1333<br>Attorneys for Debtor,<br>*By:  Brian G. Hannon, Esq.*<br>   *bhannon@norgaardfirm.com* | Chapter 13 |
| In re:<br><br>**ALLEN GORDON**<br><br>                    Debtor. | Case No.:   23-17944 (RG) |

**NOTICE OF MOTION TO IMPOSE THE AUTOMATIC STAY
CONTAINED WITHIN 11 U.S.C. §362 AS TO ALL CREDITORS
PURSUANT TO 11 U.S.C. §362(c)(4)**

The Debtor, Allen Gordon, has filed papers with the Court to obtain an Order to Extend the Automatic Stay Beyond 30 days pursuant to 11 U.S.C. §362(c)(4).  <u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your lawyer, if you have one on this case.  (If you do not have a lawyer, you may wish to consult one.)

If you do not want the court to enter the proposed Order, or if you want the court to consider your views on the motion, then within seven (7) days prior to the scheduled hearing, or if on shortened time within the prescribed period of time allowed in the Order Shortening Time, you or your lawyer must:

File with the Court a written response or answer explaining your position, and mail a copy to:

> Brian G. Hannon, Esq.
> NORGAARD O'BOYLE & HANNON
> 184 Grand Avenue
> Englewood, New Jersey 07631

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it by the date stated above.

HEARING SCHEDULED TO BE HELD BEFORE:

Honorable: Rosemary Gambardella
Date:
Time:
Place: U.S. Bankruptcy Court
50 Walnut Street – Third Floor
Newark, New Jersey 07102

If you wish to contest the within motion, you must file with the Office of the Clerk of the Bankruptcy Court, responding papers stating with particularity the basis of your opposition to the within Motion. A copy of the proposed Order which is sought is enclosed with this Motion.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter the proposed Order.

NORGAARD O'BOYLE & HANNON
Attorneys for Debtor

By: /s/ *Brian G. Hannon*
Brian G. Hannon, Esq.

Dated: 09/12/2023